**Harry HECKSTALL, Plaintiff–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.**

No. 01–6293.

United States Court of Appeals, Fourth Circuit.

Submitted July 17, 2001.

Decided Sept. 11, 2001.

Harry Heckstall, pro se. Marla Graff Decker, Assistant Attorney General, Richmond, VA, for appellee.

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Harry Heckstall appeals the magistrate judge's order denying relief on his petition

filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000).[1] Although we conclude Heckstall's § 2254 petition was timely filed,[2] we find his claims are meritless. *See Williams v. Taylor,* 529 U.S. 362, 412–13, 120 S.Ct. 1495, 146 L.Ed.2d 389 (2000). Accordingly, we deny a certificate of appealability and dismiss the appeal for that reason. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

**1.** The parties consented to jurisdiction of the magistrate judge under 28 U.S.C.A. § 636(c) (West 1993 & Supp.2000).

**2.** *See Harris v. Hutchinson,* 209 F.3d 325 (4th Cir.2000).